IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS C. BECHTLE, in his capacity as | : | CIVIL ACTION |
| Receiver for Donald Anthony Walker Young, | : | |
| Acorn II, L.P., Acorn Capital Management, | : | |
| LLC and Neely Young | : | |
| | : | |
| v. | : | |
| | : | |
| DIANA WISTER AND WILLIAM WISTER, | : | |
| h/w, as Trustees of Investor 48, Diana S. Wister | : | |
| Charitable Remainder Unitrust dated February | : | |
| 21, 2003, ET AL. | : | NO. 13-3798 |

## ORDER

**AND NOW**, this 20th day of December, 2013, upon consideration of Defendants' Motion to Dismiss the Receiver's Complaint (Docket No. 4), and Plaintiff's response thereto, and for the reasons set forth in the accompany Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.