IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS C. BECHTLE, in his capacity as Receiver for Donald Anthony Walker Young, Acorn II, L.P., Acorn Capital Management, LLC and Neely Young | : : : : : | CIVIL ACTION |
| v. | : : | |
| DIANA WISTER AND WILLIAM WISTER, h/w, as Trustees of Investor 48, Diana S. Wister Charitable Remainder Unitrust dated February 21, 2003, ET AL. | : : : : | NO. 13-3798 |

## ORDER

**AND NOW**, this 20th day of December, 2013, upon consideration of Defendants' Motion to Dismiss the Receiver's Complaint (Docket No. 4), and Plaintiff's response thereto, and for the reasons set forth in the accompany Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.